IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (No. VI)     :
                                  :
CERTAIN PLAINTIFFS                :      Consolidated Under
                                  F:ILEMDL DOCKET NO. 875
        v.                        OCT. - 8 2010
                                  :
CERTAIN DEFENDANTS                MICHAEL E. KUNZ, Clerk
                                  By____:____ Dep. Clerk

## O R D E R

**AND NOW,** this **4th** day of **October 2010** it is hereby **ORDERED**
that the cases listed in "Exhibit A" attached are **DISMISSED** for
failure to file a severed and amended complaint within the time
period allocated by the Court.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| **2:08-cv-68721-ER** | HARRY STAGGS | MS-S |
| **2:08-cv-68722-ER** | WILLIAM STAGGS | MS-S |
| **2:08-cv-68724-ER** | JESSE STAMPLEY | MS-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| **2:08-cv-63013-ER** | PETER MELNYK | MS-S |



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| **2:08-cv-85284-ER** | LAURA PEARL  BRISTER | MS-S |
| **2:08-cv-85288-ER** | ALICIA  CAIN | MS-S |
| **2:08-cv-85296-ER** | JESSEE  DEAN | MS-S |
| **2:08-cv-85315-ER** | PAUL RENE  JOUBERT | MS-S |
| **2:08-cv-85337-ER** | JAMES ELY  RUTHERFORD | MS-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| **2:08-cv-85493-ER** | FRANK  SHORT | MS-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| **2:08-cv-86614-ER** | KENNETH  ROBERTSON | MS-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| **2:08-cv-86677-ER** | ROBERT  WILLIAMS | MS-S |
| **2:08-cv-86679-ER** | ROOSEVELT  WILLIAMS | MS-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| **2:09-cv-72099-ER** | MARGUERITE  FLETCHER | ME |
| **2:09-cv-72100-ER** | JULIA  DUFORE | ME |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| **2:09-cv-72494-ER** | WILLIAM KAY | NJ |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72518-ER | EDITH  CORBETT | NJ |
| 2:09-cv-72540-ER | JOY  TRUESDALE | NJ |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| 2:09-cv-68014-ER | ROBERT ALBIN | ND |
| | | ND |
| | | ND |
| | | ND |
| 2:09-cv-68018-ER | WILLIAM BENTLEY | ND |
| 2:09-cv-68019-ER | RAYMOND BIRST | ND |
| 2:09-cv-68020-ER | CLARENCE BOLKEN | ND |
| 2:09-cv-68021-ER | EMIL DOERR | ND |
| 2:09-cv-68022-ER | MICHAEL EHRETH | ND |
| 2:09-cv-68023-ER | LEONARD ERETH | ND |
| 2:09-cv-68024-ER | WILLIAM ERETH | ND |
| 2:09-cv-68025-ER | JOHN EWINE | ND |
| 2:09-cv-68026-ER | CLARENCE FATELEY | ND |
| 2:09-cv-68027-ER | MARLIN GAY | ND |
| 2:09-cv-68028-ER | ARNOLD GILBERT | ND |
| 2:09-cv-68029-ER | WARREN GUENTHNER | ND |
| 2:09-cv-68030-ER | ELMER GUSTAFSON | ND |
| 2:09-cv-68031-ER | EARL HALL | ND |
| 2:09-cv-68032-ER | LLOYD HEID | ND |
| 2:09-cv-68033-ER | MIKE HEILZENDEGER | ND |
| 2:09-cv-68034-ER | EUGENE HOCHHALTER | ND |
| 2:09-cv-68035-ER | JEROME JACOBS | ND |
| 2:09-cv-68036-ER | BOYD JASKOVIAK | ND |
| 2:09-cv-68037-ER | GERALD KARCH | ND |
| 2:09-cv-68038-ER | TED KARY | ND |
| 2:09-cv-68039-ER | CREIGHTON KETTLESON | ND |
| 2:09-cv-68040-ER | EDMUND KINDSVOGEL | ND |
| 2:09-cv-68041-ER | VIRGIL LOENIG | ND |
| 2:09-cv-68042-ER | JOSEPH LEINGANG | ND |
| 2:09-cv-68043-ER | RICHARD LEINGANG | ND |
| 2:09-cv-68044-ER | MARTIN LIPP | ND |
| 2:09-cv-68045-ER | EARL LIPPERT | ND |
| 2:09-cv-68046-ER | ALVIN LOEBECK | ND |
| 2:09-cv-68047-ER | FRANK MANOLOVITZ | ND |
| 2:09-cv-68048-ER | LORRAINE MCCULLEY | ND |
| 2:09-cv-68049-ER | ALVIE NIXON | ND |
| 2:09-cv-68050-ER | THEODORE OST | ND |
| 2:09-cv-68051-ER | WESLEY PERMAN | ND |
| 2:09-cv-68052-ER | ALBERT PETRASEK | ND |
| 2:09-cv-68053-ER | WALTER QUASHNICK | ND |
| 2:09-cv-68054-ER | THOMAS RAMBUR | ND |
| 2:09-cv-68055-ER | DALE SATERMO | ND |
| 2:09-cv-68056-ER | VICTOR SCHIERMEISTER | ND |
| 2:09-cv-68057-ER | DAVID SCHMIDT | ND |
| 2:09-cv-68058-ER | JOSEPH SCHNEIDER | ND |
| 2:09-cv-68059-ER | PETER SCHNEIDER | ND |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-68060-ER | DUANE SELFORS | ND |
| 2:09-cv-68061-ER | RUSSELL SENNE | ND |
| 2:09-cv-68062-ER | JOE SENGER | ND |
| 2:09-cv-68063-ER | EARL SETTERLUND | ND |
| 2:09-cv-68064-ER | DARYL SHELDON | ND |
| 2:09-cv-68065-ER | MELVIN SKAGER | ND |
| 2:09-cv-68066-ER | DONALD STUMPF | ND |
| 2:09-cv-68067-ER | LARRY SULLIVAN | ND |
| 2:09-cv-68068-ER | ALAN SUNDBY | ND |
| 2:09-cv-68069-ER | WALLACE TOEPKE | ND |
| 2:09-cv-68070-ER | MILAN WARD | ND |
| 2:09-cv-68071-ER | CLEMENT WIRTZ | ND |
| 2:09-cv-68072-ER | WILLIAM WOODS | ND |
| 2:09-cv-68073-ER | DUWAYNE ZACHMEIER | ND |
| 2:09-cv-68074-ER | RICHARD ZACHMEIER | ND |
| 2:09-cv-68075-ER | WILLIAM ZACHMEIER | ND |
| 2:09-cv-68076-ER | JAMES ZOLLER | ND |
| 2:09-cv-68077-ER | SYLVIA ANVIK | ND |
| 2:09-cv-68078-ER | DONNA CARUFEL | ND |
| 2:09-cv-68079-ER | SHARON STIMAC | ND |
| 2:09-cv-68080-ER | GERTRUDE VOEGELE | ND |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-70661-ER | THOMAS SCREEN | TX-E |
| 2:09-cv-70662-ER | | TX-E |
| 2:09-cv-70663-ER | ERNESTINE ANDERSON | TX-E |
| 2:09-cv-70664-ER | GEORGE ANTOINE | TX-E |
| 2:09-cv-70665-ER | FRANK ARNAUD | TX-E |
| 2:09-cv-70666-ER | BEVERLY BEAVENS | TX-E |
| 2:09-cv-70667-ER | HAZEL BEDAIR | TX-E |
| 2:09-cv-70668-ER | BETTY BETHEL | TX-E |
| 2:09-cv-70669-ER | ELIJAH BOOKER | TX-E |
| 2:09-cv-70670-ER | EUGENE BOUDIN | TX-E |
| 2:09-cv-70671-ER | BILLIE BOURGEOIS | TX-E |
| 2:09-cv-70672-ER | THOMAS BOURION | TX-E |
| 2:09-cv-70673-ER | GERTRUDE BOUTTE | TX-E |
| 2:09-cv-70674-ER | CLAUDIA BROUSSARD | TX-E |
| 2:09-cv-70675-ER | GEORGE BROWN | TX-E |
| 2:09-cv-70676-ER | CECIL BUNCH | TX-E |
| 2:09-cv-70677-ER | RICHARD CHESHIRE | TX-E |
| 2:09-cv-70678-ER | DOROTHY CONNER | TX-E |
| 2:09-cv-70679-ER | LOUISE CORRIGAN | TX-E |
| 2:09-cv-70680-ER | DANIEL CROWLEY | TX-E |
| 2:09-cv-70681-ER | IRIS DAIGLE | TX-E |
| 2:09-cv-70682-ER | PAUL DAVIS | TX-E |
| 2:09-cv-70683-ER | BETTY DELORD | TX-E |
| 2:09-cv-70684-ER | EDDIE DICKERSON | TX-E |
| 2:09-cv-70685-ER | JOSEPH DOMINIQUE | TX-E |
| 2:09-cv-70686-ER | CLARICE DORSEY | TX-E |
| 2:09-cv-70687-ER | LOIS DUNNOCK | TX-E |
| 2:09-cv-70688-ER | LILLIAN DUPREE | TX-E |
| 2:09-cv-70689-ER | WILBUR EDDINGS | TX-E |
| 2:09-cv-70690-ER | ELBERT ELDER | TX-E |
| 2:09-cv-70691-ER | EPPIE ELIZONDO | TX-E |
| 2:09-cv-70692-ER | AUDREY FOREMAN | TX-E |
| 2:09-cv-70693-ER | MAURINE FOREMAN | TX-E |
| 2:09-cv-70694-ER | PERRY GIBSON | TX-E |
| 2:09-cv-70696-ER | EUGENE GOUDEAU | TX-E |
| 2:09-cv-70697-ER | JEAN GUIDRY | TX-E |
| 2:09-cv-70698-ER | JOSEPH GUILLORY | TX-E |
| 2:09-cv-70699-ER | FLOY HARRISON | TX-E |
| 2:09-cv-70700-ER | AGNES HAVENS | TX-E |
| 2:09-cv-70701-ER | LILLIE HAYNES | TX-E |
| 2:09-cv-70702-ER | FREDERICK HICKMAN | TX-E |
| 2:09-cv-70703-ER | CHRISTINE HOLSTEAD | TX-E |
| 2:09-cv-70704-ER | ELIZABETH HUBERT | TX-E |
| 2:09-cv-70705-ER | ANNA HUGHES | TX-E |
| 2:09-cv-70706-ER | HARDING HUNNICUTT | TX-E |
| 2:09-cv-70707-ER | ULYSSES JACK | TX-E |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| 2:09-cv-70708-ER | CHARLES JACKSON | TX-E |
| 2:09-cv-70709-ER | DURWOOD JARRELL | TX-E |
| 2:09-cv-70710-ER | CHARLES JEFFCOAT | TX-E |
| 2:09-cv-70711-ER | PAUL JIMENEZ | TX-E |
| 2:09-cv-70712-ER | WHITNEY JOHNSON | TX-E |
| 2:09-cv-70713-ER | JAMES JONES | TX-E |
| 2:09-cv-70714-ER | LOYD KELLEY | TX-E |
| 2:09-cv-70715-ER | JEAN KEITNER | TX-E |
| 2:09-cv-70716-ER | DEWITT KENT | TX-E |
| 2:09-cv-70717-ER | MARTHA LARNED | TX-E |
| 2:09-cv-70718-ER | BERNICE LEBLANC | TX-E |
| 2:09-cv-70719-ER | MARY LEEDY | TX-E |
| 2:09-cv-70720-ER | FRANK LEMON | TX-E |
| 2:09-cv-70721-ER | ROY LEWING | TX-E |
| 2:09-cv-70722-ER | ELIZABETH LINSCOMB | TX-E |
| 2:09-cv-70723-ER | JAMES LOPEZ | TX-E |
| 2:09-cv-70724-ER | CYNTHIA LOPEZ HARRIS | TX-E |
| 2:09-cv-70725-ER | CHARLES LYNCH | TX-E |
| 2:09-cv-70726-ER | THOMAS MARTIN | TX-E |
| 2:09-cv-70727-ER | LARIS MATTE | TX-E |
| 2:09-cv-70728-ER | MILDRED MCGEE | TX-E |
| 2:09-cv-70729-ER | CYLDA MCMILLAN | TX-E |
| 2:09-cv-70730-ER | FRANCES MCPHERSON | TX-E |
| 2:09-cv-70731-ER | PHILIP NOLAND | TX-E |
| 2:09-cv-70732-ER | ROSE NOLAN | TX-E |
| 2:09-cv-70733-ER | CARLO PAMPOLINA | TX-E |
| 2:09-cv-70734-ER | PEARL PAPANIA | TX-E |
| 2:09-cv-70735-ER | LEONA PHILLIPS | TX-E |
| 2:09-cv-70736-ER | A PULLEN | TX-E |
| 2:09-cv-70737-ER | JOHN REEDBURG | TX-E |
| 2:09-cv-70738-ER | ALEX RICHARD | TX-E |
| 2:09-cv-70739-ER | JANINE ROMERO | TX-E |
| 2:09-cv-70740-ER | LOU SCREEN | TX-E |
| 2:09-cv-70741-ER | BOBBIE SEAUX | TX-E |
| 2:09-cv-70742-ER | FRANCES SHARP | TX-E |
| 2:09-cv-70743-ER | ANNA SIMMONS | TX-E |
| 2:09-cv-70744-ER | RALPH SMITH | TX-E |
| 2:09-cv-70745-ER | JUDY SPARKS | TX-E |
| 2:09-cv-70746-ER | CARL STANLEY | TX-E |
| 2:09-cv-70747-ER | LAWRENCE STENGLER | TX-E |
| 2:09-cv-70748-ER | JUANITA SULLIVAN | TX-E |
| 2:09-cv-70749-ER | DENNIS THOMAS | TX-E |
| 2:09-cv-70750-ER | GERALDINE TINGLE | TX-E |
| 2:09-cv-70751-ER | L. VANWRIGHT | TX-E |
| 2:09-cv-70752-ER | JESSE VANWRIGHT | TX-E |
| 2:09-cv-70753-ER | ANNA WEATHERFORD | TX-E |
| 2:09-cv-70754-ER | JEANETTE WHATLEY | TX-E |
| 2:09-cv-70755-ER | CYNTHIA WILLIAMS | TX-E |
| 2:09-cv-70756-ER | LMA WOLCZYNAKI | TX-E |
| 2:09-cv-70757-ER | LEONARD WORTHY | TX-E |
| 2:09-cv-70758-ER | LAWRENCE SEAUX | TX-E |
| 2:09-cv-70759-ER | JOE LARNED | TX-E |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| <u>Case Number</u> | <u>Plaintiff</u> | <u>Flag</u> |
|---|---|---|
| **2:09-cv-70761-ER** | WILLIAM DAVIS | TX-E |
| **2:09-cv-70762-ER** | DOCK FARRIS | TX-E |
| **2:09-cv-70763-ER** | HOYT FLEMING | TX-E |
| **2:09-cv-70764-ER** | SHERMAN HERREN | TX-E |
| **2:09-cv-70765-ER** | MARSHALL HUGHES | TX-E |
| **2:09-cv-70766-ER** | TED IRELAND | TX-E |
| **2:09-cv-70767-ER** | HOWARD LOVE | TX-E |
| **2:09-cv-70768-ER** | HENRY MCCULLEY | TX-E |
| **2:09-cv-70769-ER** | THOMAS POLAND | TX-E |
| **2:09-cv-70770-ER** | ROBERT WINFIELD | TX-E |
| **2:09-cv-70771-ER** | HERMAN HOOD | TX-E |
| **2:09-cv-70773-ER** | HENRY BLOOMINGBURG | TX-E |
| **2:09-cv-70774-ER** | WALTER CAPPS | TX-E |
| **2:09-cv-70775-ER** | HAROLD EDWARDS | TX-E |
| **2:09-cv-70776-ER** | JAMES GANN | TX-E |
| **2:09-cv-70777-ER** | MARTIN GARDNER | TX-E |
| **2:09-cv-70778-ER** | VENOY GLENN | TX-E |
| **2:09-cv-70779-ER** | FRANK HADDER | TX-E |
| **2:09-cv-70780-ER** | CLIFTON HOPPER | TX-E |
| **2:09-cv-70781-ER** | CHARLES HOWARD | TX-E |
| **2:09-cv-70782-ER** | RONALD JOHNSON | TX-E |
| **2:09-cv-70783-ER** | GEORGE JOINER | TX-E |
| **2:09-cv-70784-ER** | HENRY KEMP | TX-E |
| **2:09-cv-70785-ER** | RAY KENDALL | TX-E |
| **2:09-cv-70786-ER** | WILLIAM KENDRICK | TX-E |
| **2:09-cv-70787-ER** | L KUZMICKI | TX-E |
| **2:09-cv-70788-ER** | JACK LATHAM | TX-E |
| **2:09-cv-70789-ER** | ELTON MCCRARY | TX-E |
| **2:09-cv-70790-ER** | CHARLES MCMANUS | TX-E |
| **2:09-cv-70791-ER** | C MEADS | TX-E |
| **2:09-cv-70792-ER** | ARTHUR OGLES | TX-E |
| **2:09-cv-70793-ER** | JOHN PAYNE | TX-E |
| **2:09-cv-70794-ER** | HUGH PHILLIPS | TX-E |
| **2:09-cv-70795-ER** | ROBERT STOCKLEY | TX-E |
| **2:09-cv-70796-ER** | JAMES TEDFORD | TX-E |
| **2:09-cv-70797-ER** | FRANK THOMPSON | TX-E |
| **2:09-cv-70798-ER** | BILLY TURNER | TX-E |
| **2:09-cv-70799-ER** | DAVID WIGLEY | TX-E |
| **2:09-cv-70801-ER** | GLENIS CROW | TX-E |
| **2:09-cv-70802-ER** | DOUGLAS GOBER | TX-E |
| **2:09-cv-70803-ER** | JAMES HARBIN | TX-E |
| **2:09-cv-70804-ER** | NATHAN JONES | TX-E |
| **2:09-cv-70805-ER** | BONZELL MCGEE | TX-E |
| **2:09-cv-70806-ER** | J PRAYTOR | TX-E |
| **2:09-cv-70807-ER** | DONALD ROBBINS | TX-E |
| **2:09-cv-70808-ER** | RODERICK SALSER | TX-E |
| **2:09-cv-70809-ER** | VESTER SCOTT | TX-E |
| **2:09-cv-70810-ER** | JAMES WALKER | TX-E |
| **2:09-cv-70811-ER** | G WELDON | TX-E |
| **2:09-cv-70813-ER** | STEVEN CARTER | TX-E |
| **2:09-cv-70814-ER** | WINSTON CHEATWOOD | TX-E |
| **2:09-cv-70815-ER** | CECIL DORSETT | TX-E |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-70816-ER | LLOYD FERGUSON | TX-E |
| 2:09-cv-70817-ER | ROBERT HATHCOCK | TX-E |
| 2:09-cv-70818-ER | WILEY HENSON | TX-E |
| 2:09-cv-70819-ER | GEORGE HODGES | TX-E |
| 2:09-cv-70820-ER | OTTO JACKSON | TX-E |
| 2:09-cv-70821-ER | HARRY KNOTT | TX-E |
| 2:09-cv-70822-ER | WILL MADDOX | TX-E |
| 2:09-cv-70823-ER | WESLEY MARTIN | TX-E |
| 2:09-cv-70824-ER | JOHN MINOR | TX-E |
| 2:09-cv-70825-ER | FRANK MOSS | TX-E |
| 2:09-cv-70826-ER | DAVID PARTAIN | TX-E |
| 2:09-cv-70827-ER | KENNETH POWELL | TX-E |
| 2:09-cv-70828-ER | O RITCH | TX-E |
| 2:09-cv-70829-ER | MICKEY SIMPSON | TX-E |
| 2:09-cv-70830-ER | RAYMOND SIMS | TX-E |
| 2:09-cv-70834-ER | AMOS DUNCAN | TX-E |
| 2:09-cv-70835-ER | ALFRED FISHER | TX-E |
| 2:09-cv-70836-ER | HUGH GILMORE | TX-E |
| 2:09-cv-70839-ER | SAM HERRING | TX-E |
| 2:09-cv-70840-ER | CORNELIUS HYDE | TX-E |
| 2:09-cv-70841-ER | RALPH KNOPF | TX-E |
| 2:09-cv-70842-ER | WILLIAM MORRIS | TX-E |
| 2:09-cv-70843-ER | ROY MORRISON | TX-E |
| 2:09-cv-70844-ER | JAMES NICHOLS | TX-E |
| 2:09-cv-70845-ER | LOUIE PARKER | TX-E |
| 2:09-cv-70846-ER | JACK PEACOCK | TX-E |
| 2:09-cv-70847-ER | DONALD POE | TX-E |
| 2:09-cv-70848-ER | JACKIE SMITH | TX-E |
| 2:09-cv-70849-ER | JAMES WATTS | TX-E |
| 2:09-cv-70850-ER | WILLIAM CRIBBS | TX-E |
| 2:09-cv-70852-ER | STEVEN CARTER | TX-E |
| 2:09-cv-70853-ER | HARRY CATSBAN | TX-E |
| 2:09-cv-70854-ER | WINSTON CHEATWOOD | TX-E |
| 2:09-cv-70855-ER | WILLIAM CRIBBS | TX-E |
| 2:09-cv-70856-ER | HOWARD DEVAUGHN | TX-E |
| 2:09-cv-70857-ER | CECIL DORSETT | TX-E |
| 2:09-cv-70858-ER | AMOS DUNCAN | TX-E |
| 2:09-cv-70859-ER | LLOYD FERGUSON | TX-E |
| 2:09-cv-70860-ER | ALFRED FISHER | TX-E |
| 2:09-cv-70861-ER | HUGH GILMORE | TX-E |
| 2:09-cv-70862-ER | NORMAN GUGLIOTTA | TX-E |
| 2:09-cv-70863-ER | ROBERT HATHCOCK | TX-E |
| 2:09-cv-70864-ER | WILBERT HATHCOAT | TX-E |
| 2:09-cv-70865-ER | WILEY HENSON | TX-E |
| 2:09-cv-70866-ER | SAM HERRING | TX-E |
| 2:09-cv-70867-ER | GEORGE HODGE | TX-E |
| 2:09-cv-70868-ER | CORNEILUS HYDE | TX-E |
| 2:09-cv-70869-ER | OTTO JACKSON | TX-E |
| 2:09-cv-70870-ER | RALPH KNOPF | TX-E |
| 2:09-cv-70871-ER | HARRY KNOTT | TX-E |
| 2:09-cv-70872-ER | WILL MADDOX | TX-E |
| 2:09-cv-70873-ER | WESLEY MARTIN | TX-E |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-70874-ER | JOHN MINOR | TX-E |
| 2:09-cv-70875-ER | WILLIAM MORRIS | TX-E |
| 2:09-cv-70876-ER | ROY MORRISON | TX-E |
| 2:09-cv-70877-ER | FRANK MOSS | TX-E |
| 2:09-cv-70878-ER | JAMES NICHOLS | TX-E |
| 2:09-cv-70879-ER | LOUIE PARKER | TX-E |
| 2:09-cv-70880-ER | DAVID PARTAIN | TX-E |
| 2:09-cv-70882-ER | DONALD POE | TX-E |
| 2:09-cv-70884-ER | O RITCH | TX-E |
| 2:09-cv-70885-ER | MICKEY SIMPSON | TX-E |
| 2:09-cv-70886-ER | RAYMOND SIMS | TX-E |
| 2:09-cv-70887-ER | JACKIE SMITH | TX-E |
| 2:09-cv-70890-ER | DARRELL BATES | TX-E |
| 2:09-cv-70891-ER | ROBERT BYRD | TX-E |
| 2:09-cv-70892-ER | NATHAN CHAPMAN | TX-E |
| 2:09-cv-70893-ER | DAN COOLEY | TX-E |
| 2:09-cv-70894-ER | JESSE CRABTREE | TX-E |
| 2:09-cv-70895-ER | PHILIP CUCHIARA | TX-E |
| 2:09-cv-70896-ER | SAMUEL DUBOSE | TX-E |
| 2:09-cv-70897-ER | EARL FAIRCHILD | TX-E |
| 2:09-cv-70898-ER | JAMES GIPSON | TX-E |
| 2:09-cv-70899-ER | HENRY GOREE | TX-E |
| 2:09-cv-70900-ER | RAY HALL | TX-E |
| 2:09-cv-70901-ER | JOHN HARDIN | TX-E |
| 2:09-cv-70902-ER | ALBERT HARRIS | TX-E |
| 2:09-cv-70903-ER | ANDREW HEMBREE | TX-E |
| 2:09-cv-70904-ER | JAMES HENDRICKS | TX-E |
| 2:09-cv-70905-ER | JAMES HORTON | TX-E |
| 2:09-cv-70906-ER | OLLIE HOWZE | TX-E |
| 2:09-cv-70907-ER | PETER JERNIGAN | TX-E |
| 2:09-cv-70908-ER | RONALD KNAPP | TX-E |
| 2:09-cv-70909-ER | CORRIE LAMBETH | TX-E |
| 2:09-cv-70910-ER | TYRO LANDRUM | TX-E |
| 2:09-cv-70911-ER | WILLIAM LAWSHEE | TX-E |
| 2:09-cv-70912-ER | LAWRENCE LEE | TX-E |
| 2:09-cv-70913-ER | WILLIAM LESURE | TX-E |
| 2:09-cv-70914-ER | ODES LINDSEY | TX-E |
| 2:09-cv-70915-ER | WOODIE LOWERY | TX-E |
| 2:09-cv-70916-ER | EDMOND MCILWAIN | TX-E |
| 2:09-cv-70917-ER | LEON MCINTYRE | TX-E |
| 2:09-cv-70918-ER | JACKIE MIDDLETON | TX-E |
| 2:09-cv-70919-ER | ROBERT MILLER | TX-E |
| 2:09-cv-70920-ER | QUINCY NORWOOD | TX-E |
| 2:09-cv-70921-ER | EUGENE OWENS | TX-E |
| 2:09-cv-70922-ER | BUTLER PATTERSON | TX-E |
| 2:09-cv-70923-ER | JOSEPH PORTER | TX-E |
| 2:09-cv-70924-ER | RUFUS RHODES | TX-E |
| 2:09-cv-70925-ER | LEONARD SHADDIX | TX-E |
| 2:09-cv-70926-ER | WALTER SHIVER | TX-E |
| 2:09-cv-70927-ER | LAMBERT SHOTTS | TX-E |
| 2:09-cv-70928-ER | LEONARD SNIDER | TX-E |
| 2:09-cv-70930-ER | LELAND STOKES | TX-E |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-70931-ER | JIMMIE TAYLOR | TX-E |
| 2:09-cv-70932-ER | BOBBY THRELKELD | TX-E |
| 2:09-cv-70935-ER | GEORGE WILLIAMS | TX-E |
| 2:09-cv-70937-ER | DARRELL BATES | TX-E |
| 2:09-cv-70938-ER | ROBERT BYRD | TX-E |
| 2:09-cv-70939-ER | NATHAN CHAPMAN | TX-E |
| 2:09-cv-70940-ER | DAN COOLEY | TX-E |
| 2:09-cv-70941-ER | JESSE CRABTREE | TX-E |
| 2:09-cv-70942-ER | PHILIP CUCHIARA | TX-E |
| 2:09-cv-70943-ER | SAMUEL DUBOSE | TX-E |
| 2:09-cv-70944-ER | EARL FAIRCHILD | TX-E |
| 2:09-cv-70945-ER | JAMES GIPSON | TX-E |
| 2:09-cv-70946-ER | HENRY GOREE | TX-E |
| 2:09-cv-70947-ER | RAY HALL | TX-E |
| 2:09-cv-70948-ER | JOHN HARDIN | TX-E |
| 2:09-cv-70949-ER | ALBERT HARRIS | TX-E |
| 2:09-cv-70950-ER | ANDREW HEMBREE | TX-E |
| 2:09-cv-70951-ER | JAMES HENDRICKS | TX-E |
| 2:09-cv-70952-ER | JAMES HORTON | TX-E |
| 2:09-cv-70953-ER | OLLIE HOWZE | TX-E |
| 2:09-cv-70954-ER | PETER JERNIGAN | TX-E |
| 2:09-cv-70955-ER | RONALD KNAPP | TX-E |
| 2:09-cv-70956-ER | CORRIE LAMBETH | TX-E |
| 2:09-cv-70957-ER | TYRO LANDRUM | TX-E |
| 2:09-cv-70958-ER | WILLIAM LAWSHEE | TX-E |
| 2:09-cv-70959-ER | LAWRENCE LEE | TX-E |
| 2:09-cv-70960-ER | WILLIAM LESURE | TX-E |
| 2:09-cv-70961-ER | ODES LINDSEY | TX-E |
| 2:09-cv-70962-ER | WOODIE LOWERY | TX-E |
| 2:09-cv-70963-ER | EDMOND MCILWAIN | TX-E |
| 2:09-cv-70964-ER | LEON MCINTRYE | TX-E |
| 2:09-cv-70965-ER | JACKIE MIDDLETON | TX-E |
| 2:09-cv-70966-ER | ROBERT MILLER | TX-E |
| 2:09-cv-70967-ER | QUINCY NORWOOD | TX-E |
| 2:09-cv-70968-ER | EUGENE OWENS | TX-E |
| 2:09-cv-70969-ER | BUTLER PATTERSON | TX-E |
| 2:09-cv-70970-ER | JOSEPH PORTER | TX-E |
| 2:09-cv-70971-ER | RUFUS RHODES | TX-E |
| 2:09-cv-70972-ER | LEONARD SHADDIX | TX-E |
| 2:09-cv-70973-ER | WALTER SHIVER | TX-E |
| 2:09-cv-70974-ER | LAMBERT SHOTTS | TX-E |
| 2:09-cv-70975-ER | LEONARD SNIDER | TX-E |
| 2:09-cv-70976-ER | ANDREW STEWART | TX-E |
| 2:09-cv-70977-ER | LELAND STOKES | TX-E |
| 2:09-cv-70978-ER | JIMMIE TAYLOR | TX-E |
| 2:09-cv-70979-ER | BOBBY THRELKELD | TX-E |
| 2:09-cv-70982-ER | GEORGE WILLIAMS | TX-E |
| 2:09-cv-70983-ER | JOSEPH HARRIS | TX-E |
| 2:09-cv-70985-ER | HENRY BLOOMINGBURG | TX-E |
| 2:09-cv-70986-ER | WALTER CAPPS | TX-E |
| 2:09-cv-70987-ER | HAROLD EDWARDS | TX-E |
| 2:09-cv-70988-ER | JAMES GANN | TX-E |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-70989-ER | MARTIN GARDNER | TX-E |
| 2:09-cv-70990-ER | VENOY GLENN | TX-E |
| 2:09-cv-70991-ER | FRANK HADDER | TX-E |
| 2:09-cv-70992-ER | CLIFTON HOPPER | TX-E |
| 2:09-cv-70993-ER | CHARLES HOWARD | TX-E |
| 2:09-cv-70994-ER | RONALD JOHNSON | TX-E |
| 2:09-cv-70995-ER | GEORGE JOINER | TX-E |
| 2:09-cv-70996-ER | HENRY KEMP | TX-E |
| 2:09-cv-70997-ER | RAY KENDALL | TX-E |
| 2:09-cv-70998-ER | WILLIAM KENDRICK | TX-E |
| 2:09-cv-70999-ER | L KUZMICKI | TX-E |
| 2:09-cv-71000-ER | JACK LATHAM | TX-E |
| 2:09-cv-71001-ER | ELTON MCCRARY | TX-E |
| 2:09-cv-71002-ER | CHARLES MCMANUS | TX-E |
| 2:09-cv-71003-ER | C MEADS | TX-E |
| 2:09-cv-71004-ER | ARTHUR OGLES | TX-E |
| 2:09-cv-71005-ER | JOHN PAYNE | TX-E |
| 2:09-cv-71006-ER | HUGH PHILLIPS | TX-E |
| 2:09-cv-71007-ER | ROBERT STOCKLEY | TX-E |
| 2:09-cv-71008-ER | JAMES TEDFORD | TX-E |
| 2:09-cv-71009-ER | FRANK THOMPSON | TX-E |
| 2:09-cv-71010-ER | BILLY TURNER | TX-E |
| 2:09-cv-71011-ER | DAVID WIGLEY | TX-E |
| 2:09-cv-71016-ER | SHERMAN HERREN | TX-E |
| 2:09-cv-71018-ER | MARSHALL HUGHES | TX-E |
| 2:09-cv-71024-ER | ADELMA BRADLEY | TX-E |
| 2:09-cv-71025-ER | CHESTER CHATELAIN | TX-E |
| 2:09-cv-71026-ER | DOT GILLILAND | TX-E |
| 2:09-cv-71027-ER | JOYCE HOLYFIELD | TX-E |
| 2:09-cv-71028-ER | RUDOLPH ACHEE | TX-E |
| 2:09-cv-71029-ER | DOROTHEA SPARROW | TX-E |
| 2:09-cv-71030-ER | DORIS TRIPLETT | TX-E |
| 2:09-cv-71031-ER | ERVIN WASHINGTON | TX-E |
| 2:09-cv-71037-ER | GLENN BOOTH | TX-E |
| 2:09-cv-71041-ER | BILLY CRANFORD | TX-E |
| 2:09-cv-71042-ER | WALTER DALLAS | TX-E |
| 2:09-cv-71051-ER | RONAD PRICE | TX-E |
| 2:09-cv-71053-ER | BOBBY SAWYER | TX-E |
| 2:09-cv-71064-ER | ABRAHAM BALLARD | TX-E |
| 2:09-cv-71069-ER | GLENN BOOTH | TX-E |
| 2:09-cv-71077-ER | ROY CARMICHAEL | TX-E |
| 2:09-cv-71137-ER | JAMES BARNETT | TX-E |
| 2:09-cv-71361-ER | WILLIE SANDERS | TX-E |
| 2:09-cv-71376-ER | HEBER WALKER | TX-E |
| 2:09-cv-71378-ER | ARTHUR WARD | TX-E |
| 2:09-cv-71410-ER | HUBERT TAYLOR | TX-E |

**MAILED**

ALISON KENNAMER
ANDREW CONSTANTIN
ANNE COHEN
ANNETTE BOELHOUWER
ANTHONY CARUSO
APRYL READY
ARTHUR CHASE
AYMARA EDWARDS
BARRY FORD
BLAKE DAVIS
BRETT WILLIAMS
BRITT SINGLETARY
BROOKS BUCHANAN
BRYAN MCKAMEY
BURCE KUEHNLE
CHARLES ABBOTT
CHARLES BECKER
CHARLES DUNN
CHRISTOPHER SHAPLEY
DANIEL GOURASH
DANNY VANWINKLE
DAVID CLARK
DAVID FREDERICK
DAVID FULCHER
DAVID LIVINGSTON
DAVID MATTHIESEN
DAVID STAGNER
DAVID TREWOLLA
DONALD STEVENS
DOUGLAS HERMAN
E. NUNNALLY
EDWARD GREEN
EDWARD HENNESSY
EDWARD JOHNSON
EDWIN GAULT
EILEEN STRULSON
ELENA GUIDA
EUGENE BREES
FAYE JAMES
FELIX BOWIE
FRANK HARMON
FRED KRUTZ
GARY CONNELLY
GARY ELLISTON
GEORGE CARLTON
GEORGE JAMAIL

GEORGE SHIPLEY
GERALD LINDER
GLENN SWETMAN
GRETCHEN GENTRY
HAL ROACH
HARVEY KRONFELD
HILTON HOWELL
J. COLEMAN
J. GUNTER
J. LEWIS
J. MYERS
JACK URQUHART
JAMES DUKES
JAMES HARRIS
JAMES RILEY
JAMES STREETMAN
JEANETTE BOECHLER
JIM BULLOCK
JOEL SLAWOTSKY
JOHN HALL
JOHN HARDY
JOHN HILL
JOHN KOT
JOHN LAVECCHIA
JOHN LEITH
JONATHAN THAMES
JOSEPH ALLEN
JOSEPH GOLDBERG
JOSEPH SELEP
JOSEPH SELLITTI
JUDSON HAND
KAREN SAWYER
KARI FOSTER
KARL GARDNER
KATHRYN HERMES
KAY BAXTER
KEVIN GRAHAM
KURT GROTEN
LAWRENCE CETRULO
LOUIS COLEMAN
LUCIEN GWIN
LYNN LADNER
LYNN LUKER
MARK KLUGER
MARY EVANS
MAUREEN HOLMAN

MICHAEL CLAYTON
MICHAEL THOMAS
NORMAN BARRY
OTTO WEBER
P. JUNG
PATRICIA DICKE
PATRICK HARKINS
PAUL CASSISA
PAUL PURNELL
PAULA BLAZEK
PETER MOIR
PETER VOGT
PHILLIP BROWN
R. HUDSON
RAYMOND BROWN
REUBEN ANDERSON
RICHARD CALLISON
RICHARD EDMONSON
RICHARD EVANS
RICHARD JOSEPHSON
ROBERT ADAMS
ROBERT BARBEE
ROBERT GREENLEE
ROBERT PRITCHARD
ROBERT STEINBURG
ROBERT TAYLOR
RONALD MOTLEY
ROSS BASS
ROXANNE CASE
SANDRA DUGGAN
SCOTT BATES
TERRANCE RYAN
TERRENCE KNISTER
TERRY FITZGERALD
THOMAS BUSBY
THOMAS HENDERSON
THOMAS HERMANN
THOMAS PAGE
TIMOTHY EBLE
TOM LORANCE
WICKHAM CORWIN
WILLIAM GEORGE
WILLIAM GOODMAN
WILLIAM PATTERSON
WILLIAM REED
WILLIAM WILSON

**E-MAILED**

AARYN GIBLIN
ALBEN HOPKINS
ALEXANDER BICKET
ALWYN LUCKEY
AMANDA SUMMERLIN
ARTHUR BROMBERG
ASHLEY CALHOUN
B. DURICK

HARRY RICHARDSON
HOYT HARP
JACK DODSON
JAMES DOWELL
JAMES JONES
JAMES MATHERNE
JAMES NEWSOM
JAMES OLD

PATRICK BUCHANAN
PATRICK MALOUF
PAUL HOLMES
PEDRO ANDARSIO
R. STEVENS
REBECCA JUDE
REX PEVETO
ROBERT ARENTSON

MDL 875 Dismissal Order 10.04.10

B. HAYS
BRADY EDWARDS
BRIAN CLARY
BRIAN GROSS
BRYAN BLEVINS
C. MACE
CAREY VARNADO
CATHERINE MOHAN
CHRISTI JONES
CHRISTOPHER MASSENBURG
CHRISTOPHER PORTNER
CLYDE NICHOLS
CORINA SALAZAR
COWLES SYMMES
CRAIG BRASFIELD
CYNTHIA RE
D. JONES
D. MCNEIL
DANIEL KRAUTH
DAPHNE LANCASTER
DAVID BARFIELD
DAVID DOGAN
DAVID KATZENSTEI
DAVID LANDIN
DAVID OLIVER
DAVID SCHACH
DAVID STARNES
DAVID THOMPSON
DAVID TOLIN
DAWN DEZII
DEBORAH KUCHLER
EDWARD MIZELL
EDWARD WILBRAHAM
FRANKLIN POFF
GAIL JENKINS
GERALD WALLERSTEI
GLEN MORGAN

JAMES POWERS
JAMES WARE
JANIKA POLK
JEFF KINSEL
JEFFREY FULTZ
JEFFREY HUBBARD
JEFFREY VARAS
JERRY BEANE
JOHN BISSELL
JOHN GIVENS
JOHN MCCANTS
JOHN MUNDY
JOHN ROBINSON
JON GELMAN
JONATHAN PARRINGTON
JONI MANGINO
JOSEPH RICE
KARL STEINBERGE
KENT ADAMS
KEVIN HOFFMAN
KIMBERLY MANGUM
KYLE MANSFIELD
LAURA GOODSON
LAUREN ROBBINS
MARCY CROFT
MARK PESCHEL
MARY RATLIFF
MICHAEL BAKER
MICHAEL BLOCK
MICHAEL ESSMYER
MICHAEL WATTS
MICHAEL WHITEHEAD
NANCY WINKELMAN
NATHANIEL BOSIO
NATHANIEL DUDLEY
NEIL LEIFER

ROBERT CUNNINGHAM
ROBERT PALMER
ROBERT THACKSTON
ROBERT WILKINSON
RONALD MCLEAN
RONALD PERESICH
ROY WILLIAMS
SANDRA CLARK
SARAH WINDHAM
SHARLA FROST
SILAS MCCHAREN
STACEY STRAIN
STEFAN BOURN
STEPHEN FOGDALL
STEPHEN SHACKELFOR
SUSAN COCO
T. COLE
TERENCE CAMP
THOMAS STIEBER
THOMAS TAYLOR
THOMAS TYNER
THOMAS UMPHREY
THOMAS VAUGHN
TIMOTHY O'KEEFFE
TREVOR WILL
W. EDWARDS
W. RAMBIN
WALTER DUKES
WALTER MORRISON
WALTER WATKINS
WILLIAM GEARTY
WILLIAM GRAHAM
WILLIAM HARVARD
WILLIAM MAHONEY
WILLIAM REEVES
WILLIAM SMITH

MDL 875 Dismissal Order 10.04.10